IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LA SENZA INTERNATIONAL, LLC, | Case No. 20-10154 |
| Alleged Debtor. | Re: Doc. No. 10 |
| In re: | Chapter 7 |
| LA SENZA INTERNATIONAL CANADA, LLC, | Case No. 20-10155 (LSS) |
| Alleged Debtor. | Re: Doc. No. 8 |

**ORDER DENYING MOTION OF MGF SOURCING US, LLC
TO SHORTEN NOTICE REGARDING MOTION FOR ORDER AUTHORIZING
PRODUCTION OF DOCUMENTS FROM ALLEGED DEBTORS
PURSUANT TO BANKRUPTCY RULES 2004 AND 9016**

Upon the *Motion of MGF Sourcing US, LLC to Shorten Notice Regarding Motion for Order Authorizing Production of Documents from Alleged Debtors Pursuant to Bankruptcy Rules 2004 And 9016* (the "Motion to Shorten Notice"); and it appearing that the Court has jurisdiction to consider the Motion to Shorten Notice in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is DENIED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

_____
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: February 3, 2020
Wilmington, Delaware

36509852.2 01/31/2020