**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LA SENZA INTERNATIONAL, LLC | ) | Case No. 20-10154 (LLS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| LA SENZA INTERNATIONAL CANADA, LLC | ) | Case No. 20-10155 (LLS) |
| | ) | |
| Alleged Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Davis Polk & Wardwell LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for L Brands, Inc., pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **DAVIS POLK & WARDWELL LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| Eli J. Vonnegut | Robert J. Dehney (No. 3578) |
| Stephen D. Piraino | Tamara K. Mann (No. 5643) |
| 450 Lexington Avenue | 1201 North Market Street, Suite 1600 |
| New York, New York 10017 | Wilmington, DE 19801 |
| Telephone: (212) 450-4000 | Telephone: (302) 658-9200 |
| Facsimile: (212) 701-5800 | Facsimile: (302) 658-3989 |
| E-mail: eli.vonnegut@davispolk.com | Email: rdehney@mnat.com |
|     stephen.piraino@davispolk.com |     tmann@mnat.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the alleged debtors in the above-captioned cases (the "Alleged Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Alleged Debtors' estates, or proceeds thereof, in which the Alleged Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Alleged Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of L Brands, Inc.: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which L Brands, Inc. is or may be entitled under

agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, L Brands, Inc.'s consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of L Brands, Inc., cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: February 10, 2020
       Wilmington, Delaware

13497254

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

 /s/ Tamara K. Mann
Robert J. Dehney (No. 3578)
Tamara K. Mann (No. 5643)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
       tmann@mnat.com

and

**DAVIS POLK & WARDWELL LLP**
Eli J. Vonnegut *(Pending Pro Hac Vice)*
Stephen D. Piraino *(Pending Pro Hac Vice)*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
E-mail: eli.vonnegut@davispolk.com
       stephen.piraino@davispolk.com

*Counsel for L Brands, Inc.*