# SIGN-IN SHEET

CASE NAME: La Senza International, Inc.  COURTROOM NO.: 2

CASE NO.: 20-10154 LSS  DATE: 2/11/2020

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Brady | YCST | Ocean Lanka Ltd, Teejay Lanka Plc |
| Domenic Pacitti | Klehr Harrison | MGF Sourcing US LLC |
| Richard Back | | |
| Joseph Graham | Kirkland & Ellis | Allwell Webtors |
| Lucian Murphy | Saul Ewing | L Brands, Inc. |
| Tamara K Mann | MNAT | " |
| Matthew B Hansen | " | |
| Jane Leamy | USTrustee | USTrustee |

# Court Conference

| Calendar Date: | 02/11/2020 |
| Calendar Time: | 10:30 AM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein
## #2

1st Revision  Feb 10 2020 3:39PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | LA Senza International, LLC | 20-10154 | Hearing | 10369620 | Daniel A. DeMarco | (216) 621-0150 ext. | Hahn Loeser & Parks, LLP | Debtor, LA Senza International, LLC / LIVE |
| | | LA Senza International, LLC | 20-10154 | Hearing | 10369626 | Ian Fisher | (312) 637-3060 ext. | Hahn, Loeser & Parks | Debtor, LA Senza International, LLC / LIVE |
| | | LA Senza International, LLC | 20-10154 | Hearing | 10377392 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | LA Senza International, LLC | 20-10154 | Hearing | 10369623 | Lawrence Oscar | (216) 621-0150 ext. | Hahn Loeser & Parks, LLP | Debtor, LA Senza International, LLC / LIVE |
| | | LA Senza International, LLC | 20-10154 | Hearing | 10376592 | Stephen D. Piraino | (212) 450-3245 ext. | Davis Polk & Wardwell LLP | Creditor, L B Rands, Inc. / LIVE |
| | | LA Senza International, LLC | 20-10154 | Hearing | 10376568 | Eli J. Vonnegut | (212) 450-4331 ext. | Davis Polk & Wardwell LLP | Creditor, L Brands, Inc. / LIVE |