# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| LA SENZA INTERNATIONAL, LLC ) | Case No. 20-10154 (LSS) |
| ) | |
| Alleged Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Chapter 7 |
| LA SENZA INTERNATIONAL CANADA, LLC, ) | |
| ) | Case No. 20-10155 (LSS) |
| Alleged Debtor. ) | |

## CERTIFICATE OF SERVICE

I, Richard M. Beck, hereby certify that on February 26, 2020, I caused a true and correct copy of the *Notice of Hearing* to be served on the attached Service List via first class mail.

*/s/ Richard M. Beck*
Richard M. Beck (DE Bar No. 3370)

**Service List**

Elizabeth S. Fenton, Esquire
John D. Demmy, Esquire
Lucian B. Murley, Esquire
Saul Ewing Arnstein & Lehr LLP
PO Box 1266
Wilmington, DE 19899

Lawrence E. Oscar, Esquire
Ian H. Fisher, Esquire
Daniel A. DeMarco, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH  44114-2316

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN  46204
Andrew S. Conway, Esquire
The Taubman Company
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801

Eli J. Vonnegut, Esquire
Stephen D. Piraino, Esquire
David Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017

Robert J. Dehney, Esquire
Tamara K. Mann, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801